No. 1645. HYRNE V. ERWIN. November Term, 1884. The appeal in this case having been dismissed by the clerk, it was restored to the docket by order of this court, on appellant's motion, after notice to the respondent, who failed to appear. This was a motion to dismiss this appeal, so restored to the docket, upon affidavits explaining respondent's failure to appear, and setting forth the facts upon which the appeal should be dismissed. But the court refused the motion, no facts being stated, except such as accrued prior to the order restoring the case to the docket, at which time the respondent had his opportunity to present these facts. OPINION PER CURIAM, January 27, 1885. *J. J. Brown*, for the motion. *Robert Aldrich*, contra.

No. 1646. QUATTLEBAUM V. BLACK. November Term, 1884. This was a motion by J. W. Tompkins, respondent, to have inserted in the Brief in this case, the order for judgment in the case of *Tompkins* v. *Barr*, rendered by the Circuit judge after the hearing of this case, the purpose being to furnish additional ground for sustaining the Circuit decree by showing that the rights of the appellants had been determined and settled in said case of *Tompkins* v. *Barr*. The motion was refused, the court saying that they could not incorporate in the case as made for appeal, evidence of a fact which occurred after the trial below, and which was not, nor could have been, introduced there. OPINION PER CURIAM, January 30, 1885. *A. S. Tompkins, Gary & Evans*, for motion. *Shepherd Bros.*, contra.